**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARTOLUCCI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIANT TECHSYSTEMS, INC, a corporation; ATK SPACECRAFT SYSTEMS; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.: CV 10-219-VBF(OPx)<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION *WITH PREJUDICE***<br><br>Date Action Filed:  November 17, 2009 |

## ORDER OF DISIMSSAL

Based upon their settlement of this entire action and pursuant to their joint stipulation, the parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, *with prejudice*. Dismissal of the above-entitled action includes dismissal *with prejudice* of all the claims currently included in the operative complaint as well as dismissal *with prejudice* of all claims in the [Proposed] First Amended Complaint, including the following causes of action alleged therein: (1) Age-Based Discrimination in Violation of the California Fair Employment and Housing Act; (2) Breach of Implied-In-Fact Contract; (3) Breach of Express Oral Contract; (4) Violation of the Whistleblower Protection Act [28 U.S.C. § 2302] [sic]; and (5) Discharge In Violation of Public Policy.

IT IS HEREBY ORDERED THAT:

This action is dismissed *with prejudice*, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 25, 2010          By  *Valerie Baker Fairbank*
                                 Honorable Judge of the United States District
                                 Court for the Central District of California